THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:15-cv-00541-GCM

| | |
|---|---|
| PRISCILLA EVERETTE-OATES AND DUARTHUR OATES,<br>    Plaintiffs,<br><br>  v.<br><br>NC LOCAL GOVERNMENT COMMISSION, NC STATE BUREAU OF INVESTIGATION, SBI AGENT LOLITA B. CHAPMAN, in her individual capacity and in her official capacity, BETH WOOD, in her individual capacity and in her official capacity, NC STATE AUDITOR, T. VANCE HOLLOMAN, in his individual capacity and in his official capacity, ROBIN M. HAMMOND, ESQ., in her individual capacity and in her official capacity, SHARON EDMUNDSON, in her individual capacity and in her official capacity, NC DEPARTMENT OF STATE TREASURER, GREGORY MCLEOD, DIRECTOR, NC STATE BUREAU OF INVESTIGATION, in his individual capacity and in his official capacity, TOWN OF PRINCEVILLE BOARD OF COMMISSIONERS GWENDOLYN KNIGHT, in her individual capacity and in her official capacity, ANN HOWELL, in her individual capacity and in her official capacity, AND DOES 1-100,<br>    Defendants. | **ORDER GRANTING DEFENDANTS CHAPMAN'S AND MCLEOD'S MOTION TO EXCEED PAGE LIMITS** |

NOW COMES the undersigned, upon Defendants Chapman and McLeod's Motion to Exceed Page Limit, filed on January 19, 2016. For good cause shown, it is hereby

ORDERED that Defendants Chapman and McLeod may file a single joint memorandum in support of their motion to dismiss up to 50 pages in length.

Signed: January 21, 2016

Graham C. Mullen
United States District Judge