UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:16-CV-623-FL

| | |
|---|---|
| PRISCILLA EVERETTE-OATES AND DUARTHUR OATES, <br><br>            Plaintiffs, <br><br>     v. <br><br>NORTH CAROLINA LOCAL GOVERNMENT COMMISSION ("LGC"), NORTH CAROLINA STATE BUREAU OF INVESTIGATION, SBI AGENT LOLITA B. CHAPMAN, *In Her Individual Capacity and In her Official Capacity,* BETH WOOD, *In Her Individual Capacity and In Her Official Capacity,* NORTH CAROLINA DEPARTMENT STATE AUDITOR, T. VANCE HOLLOMAN, *In His Individual Capacity and In His Official Capacity,* ROBIN M. HAMMOND, ESQ., *In Her Individual Capacity and In Her Official Capacity,* SHARON EDMUNDSON, *In Her Individual Capacity and In Her Official Capacity,* NORTH CAROLINA DEPARTMENT OF STATE TREASURER, GREGORY MCLEOD, DIRECTOR NORTH CAROLINA STATE BUREAU OF INVESTIGATION ("SBI"), *In His Individual Capacity and In His Official Capacity*, TOWN OF PRINCEVILLE BOARD OF COMMISSIONERS GWENDOLYN KNIGHT, *In Her Individual Capacity and In Her Official Capacity* AND ANN HOWELL, *In Her Individual Capacity and In Her Official Capacity,* AND DOES 1-100, <br><br>            Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **ORDER GRANTING JOINT MOTION TO STAY FURTHER PROCEEDINGS PENDING RESOLUTION OF MOTIONS TO DISMISS** |

UPON CONSIDERATION of the Parties' Joint Motion to Stay Further Proceedings Pending Resolution of Motions to Dismiss and the entire record on this  19th day of  July  , 2016,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Parties' Motion is GRANTED; and

IT IS FURTHER ORDERED that the Initial Order Regarding Planning and Scheduling and all further proceedings in this matter are stayed pending the Court's final ruling on Defendants' Motions to Dismiss.

SO ORDERED.

_/s/ Louise W. Flanagan_
Honorable Louise W. Flanagan
United States District Judge