UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| PRISCILLA EVERETTE-OATES )<br>Plaintiff, )<br>)<br>v. )<br>)<br>LOLITA CHAPMAN, *in her individual* )<br>*capacity,* BETH WOOD, *in her individual* )<br>*capacity,* T. VANCE HOLLOMAN, *in his* )<br>*individual capacity,* ROBIN HAMMOND, )<br>*in her individual capacity*, and SHARON )<br>EDMUNDSON, *in her individual capacity*, )<br>Defendants. ) | **JUDGMENT**<br>No. 5:16-CV-623-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties cross motions for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 14, 2020, and for the reasons set forth more specifically therein, that defendants' motions for summary judgment are granted.

**This Judgment Filed and Entered on January 14, 2020, and Copies To:**
Adam Cabral Bonner / Charles Adams Bonner / Ryan David Stump / Samuel John Randall, IV (via CM/ECF Notice of Electronic Filing)
Tammera Sudderth Hill / Hal F. Askins / Daniel Snipes Johnson / Jeremy D. Lindsley / Brian D. Rabinovitz (via CM/ECF Notice of Electronic Filing)

January 14, 2020           PETER A. MOORE, JR., CLERK

                             /s/ Sandra K. Collins
                           (By) Sandra K. Collins, Deputy Clerk